In the Matter of RAYMOND A. MORGAN, Appellant, against HOLTON V. NOYES, as Commissioner of Agriculture and Markets of the State of New York, et al., Respondents.

Reported below, 264 App. Div. 823.

Submitted October 5, 1942; decided October 15, 1942.

*Milo R. Kniffen, Robert I. Millonzi, Hampton H. Halsey* and *Robert Lamont* for motion.

*Thomas M. Nichols* opposed.

Motion denied.